IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| VALERIA SCHALL, | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| | ) | No. 04-3142-CV-S-DW |
| v. | ) ) | |
| MORGAN STANLEY EMERGING MARKETS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

Before the Court is the parties' stipulation of dismissal (Doc. 60). The parties move the Court to dismiss this case with prejudice with each side to bear its own costs. The stipulation states that Plaintiff is not dismissing her claims against All-Star Gas in another case. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with each party to bear its own costs, including attorney fees. See Fed. R. Civ. P. 41(a)(1). The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date:  November 14, 2005